WILLIAM C. CHAMBERS, as Assignee of CHARLES A. DIXON, Respondent, *v.* JAMES H. LANCASTER et al., Appellants.

Reported below, 3 App. Div. 215. 619.
(Argued October 18, 1897; decided October 26, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1896, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the decision of the Appellate Division that there was evidence supporting or tending to sustain the findings of fact of the trial court was unanimous, and that it cannot be reviewed by the Court of Appeals.

*C. L. Waring* for motion.

*Joseph F. Daly* opposed.

Motion denied, with ten dollars costs.